IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CTD NETWORKS, LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00273-JRG |
| MUSARUBRA US, LLC, | § |
| *Defendant*. | § |

**ORDER**

Before the Court is Plaintiff CTD Networks, LLC's ("Plaintiff") and Musarubra US, LLC's ("Defendant") Notice of Stipulated Dismissal With Prejudice (the "Notice"). (Dkt. No. 31.) In the Notice, the parties stipulate to the dismissal of all claims in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id*.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Dec 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE